FILED
CLERK, U.S. DISTRICT COURT
3/31/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:21-cr-00160 -DMG |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [52 U.S.C. §§ 30121(a)(1)(A), 30109(d)(1)(A): Campaign Contribution by Foreign National; 52 U.S.C. §§ 30122, 30109(d)(1)(D): Conduit Campaign Contribution] |
| TOUFIC JOSEPH BAAKLINI, | |
| Defendant. | |

The Acting United States Attorney charges:

COUNT ONE

[52 U.S.C. §§ 30121(a)(1)(A), 30109(d)(1)(A); 18 U.S.C. § 2]

From in or around January 2016 to in or around February 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendant TOUFIC JOSEPH BAAKLINI, while aiding and abetting those known and unknown to the Acting United States Attorney, including co-conspirator Gilbert Ramez Chagoury, a foreign national, knowingly and willfully violated the Federal Election Campaign Act by assisting Chagoury's federal election campaign contributions exceeding $25,000 to Federal Campaign D's campaign in 2016.

COUNT TWO

[52 U.S.C. §§ 30122, 30109(d)(1)(D); 18 U.S.C. § 2]

On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendant TOUFIC JOSEPH BAAKLINI, while aiding and abetting those known and unknown to the Acting United States Attorney, knowingly and willfully violated the Federal Election Campaign Act by assisting co-conspirator Gilbert Ramez Chagoury's following federal election campaign contributions in the name of another exceeding $25,000 in a single calendar year. More specifically, defendant BAAKLINI knowingly and willfully aided Chagoury to contribute to Federal Candidate D Fund's campaign by providing Chagoury's funds to Individual A who, in turn, provided Chagoury's funds to individuals who made the following contributions to federal campaign committees, which were fully reimbursed with Chagoury's funds:

///
///
///

| Date | Campaign | Conduit Contributor | Amount |
|---|---|---|---|
| 3/12/16 | Federal Candidate D Fund | EA | $5,400 |
| 3/12/16 | Federal Candidate D Fund | MA | $4,600 |
| 3/12/16 | Federal Candidate D Fund | JA | $5,400 |
| 3/12/16 | Federal Candidate D Fund | AA | $5,400 |
| 3/12/16 | Federal Candidate D Fund | AA | $2,600 |
| 3/12/16 | Federal Candidate D Fund | BA | $2,600 |
| 3/12/16 | Federal Candidate D Fund | TA | $1,600 |
| 3/12/16 | Federal Candidate D Fund | CF | $2,600 |

TRACY L. WILKISON
Acting United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

MACK E. JENKINS
Assistant United States Attorney
Chief, Public Corruption and Civil Rights Section

ARON KETCHEL
Assistant United States Attorney
Public Corruption and Civil Rights Section